Supreme Court of the Philippine Islands denied. *Mr. Guillermo B. Guevara* for petitioner. *Mr. Allison D. Gibbs* for respondents.

No. 518. AUSTIN ORGAN CO. *v.* HAWTHORNE ET AL. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Homan W. Walsh* for petitioner. *Mr. John S. Eggleston* for respondents.

No. 520. PACIFIC FIRE INSURANCE CO. *v.* PENNSYLVANIA SUGAR CO. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Hiram B. Calkins* and *Horace Michener Schell* for petitioner. *Messrs. Charles Myers* and *Thomas Raeburn White* for respondent.

No. 542. MANHATTAN OIL CO. ET AL. *v.* MOSBY. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry L. Jost* for petitioners. *Messrs. H. M. Longworthy* and *Byron Spencer* for respondent.

No. 565. CUSICK *v.* WHIPP, WARDEN. December 17, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Michael J. Cusick, pro se.* No appearance for respondent.

No. 523. MASSACHUSETTS BONDING & INSURANCE CO. *v.* UNITED STATES QUARRY TILE CO. December 17, 1934.

**624**

Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Atlee Pomerene* and *Clan Crawford* for petitioner. *Messrs. Arthur D. Baldwin* and *John L. Cable* for respondent.

No. 526. CONTINENTAL TRUST CO., TRUSTEE, ET AL. *v.* W. R. BONSAL & Co. ET AL. December 17, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Gordon M. Buck, Edward Duffy, Edwin S. Sunderland, Thomas O'G. Fitzgibbon, Edward R. Baird, Jr., Carlyle Barton, Leon T. Seawell,* and *Theodore S. Garnett* for petitioners. *Messrs. C. Francis Cocke* and *T. H. Willcox* for respondents.

No. 529. FREDERICK *v.* MUTUAL BUILDING & INVESTMENT Co. ET AL. December 17, 1934. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Hiram Ralph Burton* for petitioner. *Mr. John W. Bricker* for respondents.

No. 530. AMERICAN SILK MILLS, INC. *v.* IRVING TRUST Co. ET AL., RECEIVERS. December 17, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leonard Acker* for petitioner. *Mr. Basil O'Connor* for respondents.

No. 572. MITCHELL *v.* WASHINGTON. See *ante,* p. 533.

No. 577. THRASHER *v.* ADERHOLD, WARDEN. January 7, 1935. Petition for writ of certiorari to the Circuit